# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNELL WATTS, | No. 2:19-CV-0715-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| J. ABERNATHY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to re-open this case (ECF No. 18). Because this case was not closed and is an open matter on this court's docket, plaintiff's motion is denied as unnecessary. The sufficiency of plaintiff's complaint and service thereof by the United States Marshall will be addressed by separate order.

IT IS SO ORDERED.

Dated: June 5, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1