# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNELL WATTS, | No. 2:19-CV-0715-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. ABERNATHY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (ECF No. 26) for a 90-day extension of time to file a first amended complaint. Good cause appearing therefor, plaintiff's motion is granted in part without prejudice to seeking additional extensions of time as appropriate. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: October 3, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1