UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNELL WATTS, | No. 2:19-cv-00715-TLN-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| J. ABERNATHY, et al., | |
| Defendants. | |

Plaintiff ("Vernell Watts"), a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 4, 2019, the magistrate judge filed findings and recommendations which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 28.) Neither party has filed objections to the Findings and Recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 4, 2019 (ECF No. 28), are adopted in full; and

2. Plaintiff's Motion for Preliminary Injunction (ECF No. 24) is DENIED.

IT IS SO ORDERED.

Dated: December 18, 2019

Troy L. Nunley
United States District Judge