IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNELL WATTS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. ABERNATHY, et al.,<br><br>    Defendants. | No. 2:19-CV-0715-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a 90-day extension of time to file a first amended complaint. See ECF No. 32. Plaintiff states that an extension is necessary due to continuing inpatient psychiatric treatment. See id. Good cause appearing therefor, plaintiff's motion is granted in part and without prejudice to seeking further extensions as appropriate. Plaintiff shall file a first amended complaint within 60 days of the date of this order.

    IT IS SO ORDERED.

Dated: February 13, 2020

    DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE

1