IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNELL WATTS, | No. 2:19-CV-0715-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. ABERNATHY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for a 60-day extension of time to file a first amended complaint. See ECF No. 34. Good cause appearing therefor, plaintiff's motion is granted in part. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: April 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1